■ MICHAEL G. SUSSMAN, Appellant, v CITY OF NEW YORK et al., Respondents.—Order, Supreme Court, New York County, entered on October 11, 1978, unanimously affirmed, without costs and without disbursements, and without prejudice to the assertion of any claim plaintiff may have for back pay, if any. No such claim is pleaded. No opinion. Concur—Lane, J. P., Markewich, Lupiano, Silverman and Ross, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES KENNY, Appellant.—Judgment, Supreme Court, Bronx County, rendered on March 3, 1978, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Lane, J. P., Markewich, Lupiano, Silverman and Ross, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARIO RASERO, Appellant.—Judgment, Supreme Court, Bronx County, rendered on December 15, 1978, unanimously affirmed. The case is remitted to the Supreme Court, Bronx County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur—Lane, J. P., Markewich, Lupiano, Silverman and Ross, JJ.

■ SHYAM L. PIPLANI, Appellant, v CHASE MANHATTAN BANK, N. A., et al., Respondents.—Judgment, Supreme Court, New York County, entered on September 15, 1978, unanimously affirmed. Respondents Singh shall recover of appellant $75 costs and disbursements of this appeal. Appeal from order of said court entered on September 7, 1978 is dismissed as subsumed in the appeal from said judgment, without costs and without disbursements. No opinion. Concur—Lane, J. P., Markewich, Lupiano, Silverman and Ross, JJ.